3 CV-3-6113 (SRC)

3 CV-3-6113 (SRC)
George Allen Ward
PL 402 $90.00
PL 331 60.00
$150.00

[illegible]