*Law Offices*
**MORGAN, LEWIS & BOCKIUS LLP**
**(A Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, New Jersey 08540**
**609.919.6600**
**Robert A. White (RW 6063)**

**Attorneys for Defendant**
**Church & Dwight Co., Inc.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GEORGE ALLEN WARD, *Pro Se*,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**ARM & HAMMER and the CHURCH & DWIGHT CO., INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO. 03-6113(SRC)**<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT WITH PREJUDICE** |

TO: George Allen Ward
#26417-083
Peterson Law Federal Institution
Post Office Box 1000
Peterson, Virginia 23805-1000

**PLEASE TAKE NOTICE** that on Monday, September 7, 2004 at 10:00 a.m. or as soon thereafter as counsel may be heard, defendant Church & Dwight Co., Inc. shall move in the United States District Court, 402 East State Street, Room 2020, Trenton, New Jersey 08608, before The Honorable Stanley R. Chesler, U.S.D.J., pursuant to Federal Rule of Civil Procedure 12(b)(6), for an Order dismissing plaintiff's complaint.

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, defendant Church & Dwight Co., Inc. will rely upon the accompanying Memorandum of Law and proposed form of Order.

Oral argument is not requested unless the motion is opposed.

MORGAN, LEWIS & BOCKIUS LLP
Attorneys for Defendant
Church & Dwight Co., Inc.

Dated: July 30, 2004

By: /s/ Robert A. White