# CERTIFICATION OF SERVICE

**THIS IS TO CERTIFY** that, on 30th day of July, 2004, the original and copy of Defendant Church & Dwight Co., Inc.'s Notice of Motion to Dismiss Plaintiff's Complaint, Memorandum of Law and proposed form of Order were filed with the United States District Court, District of New Jersey, 402 East State Street, Room 2020, Trenton, New Jersey 08608 via electronic filing and a true and correct copy was served via certified mail return receipt requested and via regular first class mail upon the following:

George Allen Ward
#26417-083
Peterson Law Federal Institution
Post Office Box 1000
Peterson, Virginia 23805-1000

/s/ Robert A. White