***Law Offices***
**MORGAN, LEWIS & BOCKIUS LLP**
**(A Pennsylvania Limited Liability Partnership)**
**502 Carnegie Center**
**Princeton, New Jersey 08540**
**609.919.6600**
**Robert A. White (RW 6063)**

**Attorneys for Defendant**
**Church & Dwight Co., Inc.**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **GEORGE ALLEN WARD, *Pro Se*,**<br><br>**Plaintiff,**<br>**vs.**<br><br>**ARM & HAMMER and the CHURCH & DWIGHT CO., INC.,**<br><br>**Defendant.** | **CIVIL ACTION NO. 03-6113(SRC)**<br><br><br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

THIS MATTER having been opened to the Court on the application of Morgan, Lewis & Bockius LLP, counsel for defendant Church & Dwight Co., Inc., for an Order dismissing plaintiff's complaint, and the Court having considered the papers filed on behalf of the parties and the argument of counsel, and for good cause shown;

IT IS on this ______ day of ____________________, 2004,

ORDERED that defendant Church & Dwight Co., Inc.'s motion be and hereby is granted; and it is further

ORDERED that plaintiff George Allen Ward's complaint is dismissed with prejudice; and it is further

ORDERED that a copy of this order shall be served upon all parties within ____ days of the date of this order.

______________________________________
Honorable Stanley R. Chesler, U.S.D.J.