**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GEORGE ALLEN WARD, *Pro Se*,<br><br>Plaintiff,<br>v.<br><br>ARM & HAMMER and the CHURCH & DWIGHT CO., INC.,<br><br>Defendant. | Civ. No. 03-6113 (SRC)<br><br>**O R D E R** |

**CHESLER**, District Judge

This matter having come before the court pursuant to Defendant Church & Dwight Co., Inc.'s Motion to Dismiss Plaintiff's complaint with prejudice;

IT IS on this 21st day of October, 2004, hereby

**ORDERED** that Defendant Church & Dwight Co., Inc.'s motion to dismiss plaintiff's complaint with prejudice is granted for the reasons set forth in the Court's opinion of this date; and

**IT IS FURTHER ORDERED** that this case is closed and all pending motions are dismissed as moot.

s/
Stanley R. Chesler, U.S.D.J.