OFFICE OF THE CLERK

**UNITED STATES COURT OF APPEALS**

**Marcia M. Waldron**
**Clerk**

**FOR THE THIRD CIRCUIT**
**21400 United States Courthouse**
**601 Market Street**
**Philadelphia PA 19106-1790**

**Telephone**
**267-299-4952**

**www.ca3.uscourts.gov**

April 13, 2005

Mr. William T. Walsh, Clerk
United States District Court for the District of New Jersey
402 East State Street
Clarkson S. Fisher Federal Building
Trenton, NJ 08608

**RE: Docket No. 04-4394**
**Ward vs. Arm & Hammer**
**D.C. No. 03-cv-06113**

Dear Mr. Walsh:

Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.

Very truly yours,
MARCIA M. WALDRON
Clerk

By: Carmen M. Hernandez
Case Manager

Enclosure

cc:
Mr. George Allen Ward
Robert A. White, Esq.