APS-152

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

NO. 04-4394

---

GEORGE ALLEN WARD,
Appellant

v.

ARM & HAMMER; CHURCH & DWIGHT CO., INC.

---

On Appeal From the United States District Court
For the District of New Jersey
(D.C. Civ. No. 03-cv-06113)
District Judge: Honorable Stanley R. Chesler

---

Submitted For Possible Dismissal Under 28 U.S.C. § 1915(e)(2)(B)
March 3, 2005
Before: SLOVITER, NYGAARD AND FUENTES, CIRCUIT JUDGES

**JUDGMENT**

---

This case came to be heard on the record from the United States District Court for the District of New Jersey and was submitted for possible dismissal pursuant to 28 U.S.C. §1915(e)(2)(B). On consideration whereof, it is now here

ORDERED AND ADJUDGED by this Court that the appeal is dismissed under 28 U.S.C. §1915(e)(2)(B). All of the above in accordance with the opinion of this Court.

ATTEST:

Marcia M. Waldron

Clerk

DATED: March 22, 2005

Ward vs. Arm & Hammer
Docket No. 04-4394

**Certified as a true copy and issued in lieu of a formal mandate on 04/13/05**

**Testee:** Marcia M. Waldron

**Clerk, U.S. Court of Appeals for the Third Circuit.**